# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

---

### Report on Person Under Supervision

---

**Person Under Supervision**
Demontae Terell Toliver

**Docket Number**
0971 5:14CR00051-002 RMW

**Name of Sentencing Judge:**  The Honorable Ronald M. Whyte
Senior United States District Judge

**This is being assigned to Your Honor as a duty matter**

**Date of Original Sentence:**   January 19, 2016

**Original Offense**
Count One: Use of Interstate Facilities to Transmit Information About a Minor; Aiding and Abetting, 18 U.S.C. § 2425, a Class C Felony.

**Original Sentence:** 60 months custody; seven years Supervised Release
**Special Conditions:**  $100 special assessment; drug testing and treatment; no alcohol; CIMP enrollment; no access to Internet without probation officer approval; computer search; no data encryption; employment must be approved by probation officer; residence must be approved by probation officer; register as a sex offender; no contact with victims; expanded search; no contact with co-defendant.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Amie Rooney

**Date Supervision Commenced**
July 26, 2018
**Defense Counsel**
Jay Rorty (Appointed)

---

### Petitioning the Court to Take Judicial Notice

#### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated special condition number four that he shall not access the Internet or any |

"online computer service" at any location (including employment) without prior approval of the probation officer.

> On or about November 11, 2019, Mr. Toliver accessed the Internet on a computer in the residence belonging to his grandmother. Despite instructions by the probation officer, the computer was not password protected to ensure that Mr. Toliver's access was restricted. The computer was seized and examined; no additional violations were found. The computer has been returned to Mr. Toliver's grandmother and now password protected.

> This is evidenced by a chronological record of this case dated November 11, 2019.

| Charge Number | Violation |
| --- | --- |

Two

There is probable cause to believe that the offender violated a mandatory condition that he refrain from any unlawful use of a controlled substance.

> Mr. Toliver submitted urine sample positive for marijuana on December 30, 2019.

> This is evidenced by Alere Toxicology report number B04512740.

| Charge Number | Violation |
| --- | --- |

Three

There is probable cause to believe that the offender violated a special condition that he pay $50 per month towards his restitution obligation, beginning 60 days after release.

> Mr. Toliver failed to make payments towards his court-ordered restitution from January 2019 to September 2019. When this officer began working with Mr. Toliver in October 2019, the issue was addressed immediately. Since that time, Mr. Toliver has made consistent monthly payments.

> This is evidenced by Mr. Toliver's payment history as maintained in OPERA.

**Action Taken and Reason**

The above-mentioned violations have been addressed with Mr. Toliver. We respectfully ask that the Court take judicial notice and take no further action.

Respectfully submitted,                    Reviewed by:

_____          _____
Jennifer Hutchings                        Octavio E. Magana
U.S. Probation Officer Specialist         Supervisory U.S. Probation Officer
Date Signed: April 14, 2020

THE COURT ORDERS:

☑ | The Court concurs and takes judicial notice of the violations.

☐ | Submit a request to modify supervision

☐ | Submit a request for a warrant

☐ | Submit a request for summons

☐ | Other:

___April 14, 2020_____          __/s/ Phyllis J. Hamilton_____
Date                                      Phyllis J. Hamilton
                                          Chief United States District Judge